**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 09-6381**

———

SAMUEL ANTHONY WILDER,

                    Plaintiff - Appellant,

          v.

CHARLES T. BROOKS, III; JUDGE MARKLEY R. DENNIS, JR.; DONALD
J. ZELENKA; LONETTA B. BRAWLEY, all in their individual
capacities,

                    Defendants - Appellees.

———

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Margaret B. Seymour, District
Judge.   (3:08-cv-03089-MBS)

———

Submitted:  August 20, 2009          Decided:  August 26, 2009

———

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———

Dismissed by unpublished per curiam opinion.

———

Samuel Anthony Wilder, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Anthony Wilder appeals the district court's order accepting the recommendation of the magistrate judge, denying his motion for a preliminary injunction, and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>Wilder v. Brooks</u>, No. 3:08-cv-03089-MBS (D.S.C. Feb. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>